# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LISA RENEE G., <br> *Plaintiff* <br> v. <br> ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,1 <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 2:18-CV-00239-FVS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 12, is DENIED.
Defendant's Motion for Summary Judgment, ECF No. 13, is GRANTED.
Judgment in favor of the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ on a motion for Summary Judgment.

Date: 9/26/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore